# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE





CASE NUMBER: 000484          MULT.SER. 1

**DIE DATE: 03/04/2022**      RECEIVED DATE: 2/18/2022          FILED DATE: 02/03/2022
                             12:00:00 PM

Filed and Attested by the
Office of Judicial Records
29 APR 2022 10:07 am
S. RICE

| DEFENDANT | PLANTIFF |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE CO | MUTAN, SABREEN |
| 3100  SANDERS RD | **ATTORNEY** |
| NORTHBROOK, IL 60062 | PETRILLO AND GOLDBERG PC |
| | 6951 N PARK DR |
| | PENNSAUKEN, NJ 08109 |



**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

_____  **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____  **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS.  ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____

_____  **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____  **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION
_____ COMPANY _____ BUSINESS _____ PARTNERSHIP _____

_____  **(5)  PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT.  ORDER POSTED IN PLAIN VIEW.

_____  **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____  **(7) CERTIFIED MAIL**
          ***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

_____  **(8)**     AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

_____

| | ATTEMPTED SERVICES | | |
|---|---|---|---|
| WRIT SERVED ON: Dernick Hockett | DATE | TIME (AM/PM) | STAR # |
| SEX: M / F  25        RACE: Fes        AGE: 22 | 2-25 | 04:29 | 10446 |
| THIS _____ DAY OF _____, 20___ | : | | |
| Thomas J. Dart | : | | |
| SHERIFF, BY: _____, DEPUTY | : | | |

YPI605

Case ID: 220200484

2022020202

A91

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

Filed and Attested by the
Office of Judicial Records
29 APR 2022 10:05 am
S. RICE

Sabreen Mutan

_____
Plaintiff

v.

~~serve defendant~~

**Capital Transport, Inc.**
**320 Carrier Boulevard**
**Richland, MS 39218**

al.
_____
Defendant

February _____ TERM, 20 __22__

NO. __000484__

RECEIVED
FEB 23 2022
RANKIN CO. SHERIFF DEPT.

### RETURN OF SERVICE/AFFIDAVIT

I, _Deputy Christian Davis_____, hereby certify that I served a true and
correct copy of the Complaint / Notice of Appeal / Rule on _Capital Transport, Inc._,
                                                              (Insert Name of Party)

1)   By handing a copy to the Defendant / Appellee, _Capital Transport, Inc._,
     on the _2_ day of _March_, 20 _22_, at _1515_ AM/~~PM~~, at
     _320 Carrier Boulevard, Richland, MS 39218_,

2)   By handing a copy to _____, an adult
     member of the family/adult person in charge of Defendant's / Appellee's residence,
     on the ____ day of _____, 20 _____, at _____ AM/PM, at
     _320 Carrier Boulevard, Richland, MS 39218_,

I verify that the statements in this Return of Service are true and correct. I further verify
that I am an adult over the age of 18 and not related to any party in this action.
I understand that this unsworn document contains statements that are made subject to the
penalties of 18 P.C.S. §4904 relating to unsworn falsification to authorities.

Sworn to and Affirmed
This _2_ day _Mar_ 20 _22_

_____          _Christian Davis R91_ (Sign)
Notary Public
(SEAL)                             _Christian Davis R91_ (Print Name)

STATE OF MISSISSIPPI
ROBIN HETHERINGTON
NOTARY PUBLIC
ID No. 89074
Commission Expires
May 12, 2023
RANKIN COUNTY

Return of Service – rev. 11-27-15

**RANKIN COUNTY SHERIFF DEPT.**
**221 NORTH TIMBER ST.**
**BRANDON, MS 39042**

Case ID: 220200484

Brian Martin H/R 3/2 @ 1515

STATE OF MISSISSIPPI
COUNTY OF RANKIN
I have this day executed the within writ by personally
delivering true copies of the within writ
to _Capitol Transport, Inc,_
_c/o Brian Martin, HR,_
This the _2_ day of _March_, 20_22_
            BRYAN BAILEY, SHERIFF
BY_Christian Davis R91_ D.S.

Case ID: 220200484

# SHERIFF'S OFFICE, COUNTY OF KENDALL, ILLINOIS
# AFFIDAVIT OF SERVICE

**Print Date/Time:** 04/18/2022 08:43
**Process Number:** 2022-00000733
**Paper Type:** Summons/Complaint
**Docket Number:** 220200484
**Expiration Date:** 04/30/2022
**Received Date:** 04/18/2022 00:00

*Filed and Attested by the*
*Office of Judicial Records*
*28 APR 2022 10:29 am*
*G. IMPERATO*

**Plaintiff(s)**
PETRILLO & GOLDBERG

**Defendant(s)**

**Person To Be Served:** IAROSLAV
TRANSPORTATION
A

**Serve At:** 12732 S TIMBER WOOD CIR
PLAINFIELD, IL 60585

*I Certify that I served the above Papers on the Defendant as Follows:*

_____ 1.) PERSONAL SERVICE: By leaving a copy of the civil papers with the named defendant personally.

_____ 2.) SUBSTITUTE SERVICE: By leaving a copy of the civil papers at the above abode with a member of the family or a person residing there 13 years of age or older, and informing that person of its contents. A copy will be mailed to the defendant at the above address. **Mailed on _____ at _____ By:_____

__X__ 3.) Service on: CORPORATION: _X_ COMPANY____BUSINESS_____PARTNERSHIP____
By leaving a copy of the civil papers/interrogatories with the registered agent, authorized person or partner of Defd.

_____ 4.) POSTED PAPERS

_____ 5.) UNKNOWN OCCUPANTS NOTICE POSTED – Need on all eviction notices whether served or posted

Person served for Defendant/Witness _Iaroslav Strymetskyi_ DOB _031489_ Sex _M_ Race _W_ Ht _6'3"_ Wt _250_

Relationship to Defendant/Witness _President_

Address where served _12732 Timberwood Cr., Plainfield IL 60585_ is address abode of Defd yes _X_ no_____

Township served _Oswego_

Date of Service: This _18_ day of _April_, 2_022_ Time: _7:34_ AM/**PM**

| CIVIL PROCESS NOTES FOR THE DEPUTIES: |
|---|
|  |
|  |

Reasons Not Served:

_____ Moved
_____ Wrong Address
_____ Reached Die Date
_____ Other Reasons

Dwight A. Baird
Sheriff of Kendall County     Served by: _____ #51_____    Badge# _51_
_Villagrana 51_



# SHERIFF'S OFFICE, COUNTY OF KENDALL, ILLINOIS
## AFFIDAVIT OF SERVICE

### Kendall County Sheriff's Office
### Civil Process Service Worksheet

**Process Number:** 22-933



| Date | Start/End Time | Minutes | Deputy/Badge# | Notes |
|---|---|---|---|---|
| 4-18-22 | 1431 | | Villagrana 51 | served |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Minutes** | | | | |

Case ID: 220200484

# SHERIFF'S OFFICE, COUN    OF KENDALL, ILLINOIS
# AFFIDAVIT OF SERVICE

**Print Date/Time:** 04/18/2022 08:29
**Process Number:** 2022-00000732
**Paper Type:** Summons/Complaint
**Docket Number:** 220200484
**Expiration Date:** 04/30/2022
**Received Date:** 04/18/2022 00:00

**Plaintiff(s)**
PETRILLO & GOLDBERG

**Defendant(s)**

**Person To Be Served:** SIT EXPEDITORS, INC
None
**Alerts:**

**Serve At:** 12732 S TIMBER WOOD CIR
PLAINFIELD, IL 60585

*I Certify that I served the above Papers on the Defendant as Follows:*

_____ 1.) PERSONAL SERVICE: By leaving a copy of the civil papers with the named defendant personally.

_____ 2.) SUBSTITUTE SERVICE: By leaving a copy of the civil papers at the above abode with a member of the family or a person residing there 13 years of age or older, and informing that person of its contents. A copy will be mailed to the defendant at the above address. **Mailed on _____ at _____ By:_____

__X__ 3.) Service on: CORPORATION: X COMPANY___BUSINESS___PARTNERSHIP____
By leaving a copy of the civil papers/interrogatories with the registered agent, authorized person or partner of Defd.

_____ 4.) POSTED PAPERS

_____ 5.) UNKNOWN OCCUPANTS NOTICE POSTED – Need on all eviction notices whether served or posted

Person served for Defendant/Witness Iaroslav Strymetskyi DOB 031489 M W 6'3" 250

Relationship to Defendant/Witness President

Address where served 12732 Timberwood Cr, Plainfield, IL 60585 is address abode of Defd yes X no_____

Township served Oswego

Date of Service: This 18 day of April, 2022  Time: 7:34 AM/PM

CIVIL PROCESS NOTES FOR THE DEPUTIES:

Reasons Not Served:
_____Moved
_____Wrong Address
_____Reached Die Date
_____ Other Reasons

Dwight A. Baird
Sheriff of Kendall County       Served by: ____#5____ Badge# 51
Villagrana 51

Case ID: 220200484



# SHERIFF'S OFFICE, COUNTY OF KENDALL, ILLINOIS
## AFFIDAVIT OF SERVICE

### Kendall County Sheriff's Office
### Civil Process Service Worksheet

**Process Number:** 22-1132



| Date | Start/End Time | Minutes | Deputy/Badge# | Notes |
|---|---|---|---|---|
| 4-19-22 | 1731 | | Villagran 51 | Served |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Minutes | | | |

Case ID: 220200484

LAW OFFICE OF DONNA M. DIPIETRO
By: Divya Wallace
Attorney I.D. No. 203882
1601 Market Street
Suite 1040
Philadelphia, PA  19103
(215) 762-0400
wallad10@nationwide.com

Attorney for Defendant,
Capital Transport, Inc.

*Filed and Attested by the*
*Office of Judicial Records*
*16 MAY 2022 01:59 pm*
*I. LOWELL*

| | | |
|---|---|---|
| SABREEN MUTAN | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| vs. | : | |
| | : | FEBRUARY TERM, 2022 |
| LEANID RUSINOUSKI | : | NO. 0484 |
| and | : | |
| IAROSLAV TRANSPORTATION, INC. | : | |
| and | : | |
| SIT EXPEDITORS, INC. | : | |
| and | : | |
| CAPITAL TRANSPORT, INC. | : | |
| and | : | |
| ALLSTATE FIRE & CASUALTY | : | |
| INSURANCE COMPANY | : | |
| and | : | |
| JOHN DOE | : | |

## ENTRY OF APPEARANCE AND
## PERFECTED JURY TRIAL DEMAND

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of defendant, Capital Transport, Inc., in the above-captioned matter.

The defendant, Capital Transport, Inc., in the above-captioned case demands a Jury Trial of twelve (12) jurors.  Kindly mark the docket "Jury Fee Paid" and accept the fee tendered herewith to Perfect the Demand for a Jury Trial.

*Divya Wallace*

_____
DIVYA WALLACE
Attorney for Defendant,
Capital Transport, Inc.

Case ID: 220200484



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION-CIVIL**

**DOCKETED**
**CASE MANAGEMENT CENT**

**MAY 0 6 2022**

**T.ITALIANO**

*MUTAN*

*VS*

*RUSINOUSKI ETAL*

*February Term 2022*

*No. 00484*

NOTGV-Mutan Vs Rusinouski Etal



22020048400015

### *NOTICE OF RESCHEDULING*

The Case Management Conference for the above-captioned matter has been rescheduled for 09-JUN-2022 at 03:00 PM, using Zoom video conferencing.

Counsel and/or self-represented parties shall access the Case Management Conference by using the Zoom link posted on the following website under "Common Pleas - Civil Remote Hearing Info – FOR COUNSEL AND PARTIES": **https://www.courts.phila.gov/livestreams/civil/hearings/**

Scroll down within the section "**Remote Hearing Information by Court Event Type**" under "General Program Hearings" to "Case Management Conference - Civil Case Management Center" and click on "Join Case Management Conference". The Zoom link may be updated periodically, so use the Zoom link that is present on the date of the Conference.

All counsel and/or self-represented parties shall follow the Court's "Notice to the Bar" policies and Protocols for Use of Advanced Communication Technology for Court Proceedings in Civil Matters posted at https://courts.phila.gov/covid-19. **Participation in the Zoom conference by all counsel of record and unrepresented parties is mandatory.**

Counsel for plaintiff is directed to serve a copy of this notice on any unrepresented party and any attorney entering an appearance subsequent to the issuance of this notice.
If the case settles prior to the conference, electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type. Any party not registered with the electronic filing system ("EFS") may submit the Settlement Letter via e-mail or USPS first class mail:

CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia, PA 19107

Questions concerning this notice and its contents shall be referred to 215-686-5135 or 215-686-3710.

*BY THE COURT:*

*DANIEL ANDERS, J.*
*TEAM LEADER*

\TMI62382 (Rev 1-9-22)

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE
I.D. #: 73642
6951 North Park Drive
Pennsauken, NJ  08109
(856)486-4343
ATTORNEYS FOR PLAINTIFF



*Filed and Attested by the
Office of Judicial Records
02 MAR 2022 02:56 pm
E. HAURIN*

| | |
|---|---|
| SABREEN MUTAN,<br><br>               Plaintiff,<br>    v.<br><br>LEANID RUSINOUSKI, et al.<br><br>           Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>February TERM, 2022<br><br>NO. 000484 |

### PRAECIPE TO REINSTATE COMPLAINT

**TO THE PROTHONOTARY:**

Kindly reinstate the attached complaint which was previously filed with the Court in the above captioned civil action for an additional 30 days.

By: */s/     Scott D. Schulman, Esquire*
SCOTT D. SCHULMAN, ESQUIRE
Attorney for Plaintiff Sabreen Mutan

Dated:  3/2/2022

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **FEBRUARY 2022**       **000484** |
| E-Filing Number: 2202007989 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SABREEN MUTAN | LEANID RUSINOUSKI |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 11995 DUMONT STREET<br>PHILADELPHIA PA 19116 | 4352 S, KIRKMAN ROAD<br>ORLANDO FL 32811 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | IAROSLAV TRANSPORTATION, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1685 FLEETWOOD DRIVE<br>ELGIN IL 60123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | SIT EXPEDITORS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2704 GRANVILLE AVENUE<br>MELROSE PARK IL 60164 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 6 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2V - MOTOR VEHICLE ACCIDENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED<br>PRO PROTHY**<br>FEB **03** 2022<br>**S. RICE** | YES     NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SABREEN MUTAN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SCOTT D. SCHULMAN | PETRILLO & GOLDBERG<br>6951 N. PARK DR.<br>PENSAUKEN NJ 08109 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (856)486-4343 | (856)486-7979 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 73642 | sschulman@petrilloandgoldberg.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *SCOTT SCHULMAN* | Thursday, February 03, 2022, 04:08 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. LEANID RUSINOUSKI
    4352 S, KIRKMAN ROAD
    ORLANDO FL 32811
2. IAROSLAV TRANSPORTATION, INC.
    1685 FLEETWOOD DRIVE
    ELGIN IL 60123
3. SIT EXPEDITORS, INC.
    2704 GRANVILLE AVENUE
    MELROSE PARK IL 60164
4. CAPITAL TRANSPORT, INC.
    320 CARRIER BOULEVARD
    RICHLAND MS 39218
5. ALLSTATE/FIRE CASUALTY INSURANCE COMPANY
    P.O. BOX 2874
    CLINTON IA 52733
6. JOHN DOE
    TBD
    TBD PA 000000

Case ID: 220200484

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**



Filed and Attested by the
Office of Judicial Records
03 FEB 2022 04:08 pm
02 MAR 2022 02:56 pm
E. HAURIN

Sabreen Mutan,

      Plaintiff

    v.

Leanid Rusinouski, et al.,

      Defendants.

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**10-284**

Case ID: 220200484

Case ID: 220200484

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE, I.D. #: 73642
JEFFREY M. THIEL, ESQUIRE, I.D. #: 94753
6951 North Park Drive
Pennsauken, NJ   08109                                    MAJOR JURY
(856) 486-4343
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| SABREEN MUTAN<br>11995 Dumont Road<br>Philadelphia, PA 19116<br><br>                   Plaintiff<br>      v.<br><br>LEANID RUSINOUSKI<br>4352 S, Kirkman Road<br>Orlando, FL 32811<br>             And<br><br>IAROSLAV TRANSPORTATION, INC.<br>1685 Fleetwood Drive<br>Elgin, IL 60123<br>             And<br><br><br>SIT EXPEDITORS, INC.<br>2704 Granville Avenue<br>Melrose Park, IL 60164<br><br>             And<br><br>CAPIAL TRANSPORT, INC.<br>320 Carrier Boulevard<br>Richland, MS 39218<br><br>             And<br><br>ALLSTATE/FIRE       &       CASUALTY<br>INSURANCE COMPANY<br>Med Central Houston<br>P.O. Box 2874<br>Clinton, IA 52733<br><br>and<br><br>JOHN DOE<br>TBD<br>TBD<br><br>             Defendant(s) | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |

Case ID: 220200484

**CODE 2V**
**CIVIL ACTION COMPLAINT**
**COUNT I**
**MOTOR VEHICLE ACCIDENT**

1.   Plaintiff Sabreen Mutan is an adult individual who resides at the above address.

2.   Defendant Leanid Rusinouski is an adult individual who resides at the above address.

3.   Defendant Iaroslav Transportation, Inc. is a business entity with offices at the above
     address which regularly does business in Philadelphia County in the Commonwealth
     of Pennsylvania.

4.   Defendant SIT Expeditors, Inc. is a business entity with offices at the above address
     which regularly does business in Philadelphia County in the Commonwealth of
     Pennsylvania.

5.   Defendant Capital Transport, Inc. is a business entity with offices at the above address
     which regularly does business in Philadelphia County in the Commonwealth of
     Pennsylvania.

6.   Defendant Allstate/Fire and Casualty Insurnace Company is a business entity with
     offices at the above address which regularly does business in Philadelphia County in
     the Commonwealth of Pennsylvania.

7.   Defendants, John Doe, are various fictitious and currently unidentified individuals,
     estates, administrators/administratrix, professional associations, partnerships,
     institutions, corporations and/or companies, whose name and information are
     unknown to plaintiff despite reasonable search and the use of due diligence.   As
     this/these defendant(s) are identified, plaintiff shall seasonably amend this civil action.

8.   On or about April 8, 2020, plaintiff Sabreen Mutan was operating a motor vehicle that
     was stopped southbound on I-95 at or about milepost 27.1 in the City and County of
     Philadelphia in the Commonwealth of Pennsylvania.

Case ID: 220200484

Case ID: 220200484

9.     On said date defendant Leanid Rusinouski and/or John Doe operated a vehicle traveling southbound on I-95 at or about Milepost 27.1 in the City and County of Philadelphia in the Commonwealth of Pennsylvania.

10.    At or about such time and place the defendant Leanid Rusinouski and/or John Doe operated a motor vehicle in a negligent and careless manner causing said vehicle to rear end plaintiff's stopped and disabled vehicle.

11.    Such negligent and careless acts by defendant Leanid Rusinouski and/or John Doe caused the plaintiff, Sabreen Mutan, to suffer serious, permanent and severe personal injuries.

12.    The above described accident resulted from the negligence and carelessness of defendant Leanid Rusinouski and/or John Doe, and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff, Sabreen Mutan.

13.    The negligence and carelessness of defendant Leanid Rusinouski and/or John Doe consisted of:

(a) Failure to observe and heed traffic controls and conditions present;

(b) Failing to keep a proper lookout;

(c) Following too closely and at an unsafe speed;

(d)  Driving while distracted; and

(e) Failing to operate the aforementioned vehicle in a safe and prudent manner in light of prevailing traffic controls and conditions present.

14.    As a proximate and direct result of the above-described accident, the plaintiff, Sabreen Mutan, suffered serious and severe personal injuries including, but not limited to: Acute, post-traumatic headaches with occipital neuralgia; acute, post-traumatic sprain and strain of the cervical spine region with myofascitis with acute, post-traumatic cervical radicular features with upper extremity EMG/NCV confirming right subacute C5 radiculopathy; acute, post-traumatic sprain and strain/contusion of the right shoulder with bursitis, tendinitis and impingement syndrome; acute, post-traumatic sprain and stain/contusion of the right humerus; acute, post-traumatic sprain and strain

Case ID: 220200484

Case ID: 220200484

of the thoracic spine region with myofascitis with acute, post-traumatic right mid-thoracic radiculitis; acute, post-traumatic sprain and strain of the lumbar spine region with myofascitis with acute, post-traumatic lumbar radicular features and acute, post-traumatic sprain and strain/contusion of the sacroiliac joint/region all resulting in serious bodily injuries and serious impairment and personal limitation of use of a body function or system.

15.    As a result of the above-described accident, plaintiff, Sabreen Mutan, has been unable to attend to her daily chores, duties and activities, all to her great detriment and loss.

16.    As a further result of the above-described accident, the plaintiff has suffered severe pain, mental anguish, serious impairments of body functions, including but not limited to sitting, standing, bending, lifting, twisting, turning and other body movements and functions; and suffered, and may continue to suffer the same, for an indefinite time in the future.

17.    As a further result of the above-described accident, the plaintiff, Sabreen Mutan, has or may hereafter suffer a loss of earnings and/or impairment of earnings capacity and power, all to her great financial detriment and loss.

WHEREFORE, plaintiff Sabreen Mutan, demands judgment in her favor against the defendant Leanid Rusinouski and/or John Doe and avers that the sum in controversy exceeds an amount in excess of the jurisdictional amount requiring submission to arbitration.

## COUNT II

## RESPONDEAT SUPERIOR/ NEGLIGENT ENTRUSTMENT

1.    Each and every paragraph of the first count of this complaint are hereby repeated and incorporated herein as if more fully set at length.

Case ID: 220200484

Case ID: 220200484

2.    Defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe, at the time of the aforedescribed vehicular collision and at all times relevant hereto, were the principal or employer of the defendant, Leanid Rusinouski and/or John Doe.

3.    Defendant, Leanid Rusinouski and/or John Doe acted at all times relevant hereto, at the direction of, in furtherance of the goals of, at the request of or in the course of the employment of the defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe.

4.    Prior to, at the time of the aforedescribed vehicular collision and at all times relevant hereto, defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe, were negligent and/or careless in and of their own accord, in:

> (a) employment and/or engagement of the services or agency of defendant Leanid Rusinouski and/or John Doe; and
>
> (b) negligent entrustment of a motor vehicle to the defendant, Leanid Rusinouski and/or John Doe at all times relevant hereto.

5.    As a direct and proximate result of the aforegoing, the plaintiff, Sabreen Mutan, sustained the aforedescribed injuries and damages and she has been otherwise injured and/or damaged in a permanent and severe manner.

WHEREFORE, the plaintiff, Sabreen Mutan, demands judgment in her favor, against the defendants Leanid Rusinouski, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital

Case ID: 220200484

Case ID: 220200484

Transport, Inc. and/or John Doe and avers that the sum in controversy is an amount in excess of the jurisdictional amount requiring submission to arbitration.

## COUNT III
## UNINSURED MOTORIST COVERAGE

1. Plaintiff incorporates herein the allegations set forth in the aforementioned paragraphs, inclusive, as if set forth here at length.

2. At all times material hereto the defendant Allstate Fire and Casualty Insurance Company insured the vehicle operated by the plaintiff vehicle under policy number 998462345. Said policy is in the possession of the defendant.

3. Under the aforementioned policy the defendant Allstate Fire and Casualty Insurance Company is required to provide uninsured motorist coverage for the plaintiff in an amount up to the available policy limits of said policy.

4. At all times material hereto, the defendant Leanid Rusinouski, avers that the cause of the subject vehicular collision was, or was contributed to by the presence and operation of an unidentified "Phantom" vehicle which said vehicle qualified as an uninsured vehicle pursuant to the Laws of the Commonwealth of Pennsylvania.

5. In the event that the unidentified, "Phantom" vehicle averred by defendant Leanid Rusinouski is deemed to be the cause or a contributing cause of the subject vehicular collision and said unidentified, "Phantom" vehicle is deemed uninsured pursuant to the Laws of the Commonwealth of Pennsylvania, the plaintiff is eligible for uninsured motorist benefits under the aforementioned policy.

Case ID: 220200484

Case ID: 220200484

WHEREFORE, plaintiff demands judgment in plaintiff's favor and against defendant, Allstate Fire and Casualty Insurance Company, and avers that the sum in controversy is an amount in excess if the jurisdictional amount requiring submission to arbitration.

PETRILLO & GOLDBERG, P.C.

BY:     _/s/_      _Scott D. Schulman, Esquire_
              SCOTT D. SCHULMAN, ESQUIRE

Dated:   February 3, 2022

## **VERIFICATION**

I, Scott D. Schulman, Esquire, hereby state that I am the attorney for plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief.   The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

_/s/_      _Scott D. Schulman, Esquire_
SCOTT D. SCHULMAN, ESQUIRE

Dated:   February 3, 2022

Case ID: 220200484

Case ID: 220200484

## **VERIFICATION**

I, Sabreen Mutan, hereby state that I am the plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief. The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

_____

SABREEN MUTAN

Dated:

Case ID: 220200484

Case ID: 220200484

## VERIFICATION

I, Sabreen Mutan, hereby state that I am the plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief.   The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

Dated: 2/3/2022

SABREEN MUTAN

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE
I.D. #: 73642
6951 North Park Drive
Pennsauken, NJ  08109
(856)486-4343
ATTORNEYS FOR PLAINTIFF



*Filed and Attested by the Office of Judicial Records 30 MAR 2022 03:05 pm E. HAURIN*

| | |
|---|---|
| SABREEN MUTAN,<br>                         Plaintiff,<br>        v.<br><br>LEANID RUSINOUSKI, et al.<br><br>                         Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>February TERM, 2022<br><br>NO. 000484 |

<u>**PRAECIPE TO REINSTATE COMPLAINT**</u>

**TO THE PROTHONOTARY:**

Kindly reinstate the attached complaint which was previously filed with the Court in the

above captioned civil action for an additional 30 days.

By: <u>*/s/       Scott D. Schulman, Esquire*</u>
SCOTT D. SCHULMAN, ESQUIRE
Attorney for Plaintiff Sabreen Mutan

Dated:  3/30/2022

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **FEBRUARY 2022**         **000484** |
| E-Filing Number: 2202007989 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SABREEN MUTAN | LEANID RUSINOUSKI |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 11995 DUMONT STREET<br>PHILADELPHIA PA 19116 | 4352 S, KIRKMAN ROAD<br>ORLANDO FL 32811 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | IAROSLAV TRANSPORTATION, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1685 FLEETWOOD DRIVE<br>ELGIN IL 60123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | SIT EXPEDITORS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2704 GRANVILLE AVENUE<br>MELROSE PARK IL 60164 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 6 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2V – MOTOR VEHICLE ACCIDENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br><br>FEB **03** 2022<br><br>**S. RICE** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES    NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SABREEN MUTAN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SCOTT D. SCHULMAN | PETRILLO & GOLDBERG<br>6951 N. PARK DR.<br>PENSAUKEN NJ 08109 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (856)486-4343 | (856)486-7979 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 73642 | sschulman@petrilloandgoldberg.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *SCOTT SCHULMAN* | Thursday, February 03, 2022, 04:08 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 220200484

**COMPLETE LIST OF DEFENDANTS:**

1. LEANID RUSINOUSKI
   4352 S, KIRKMAN ROAD
   ORLANDO FL 32811
2. IAROSLAV TRANSPORTATION, INC.
   1685 FLEETWOOD DRIVE
   ELGIN IL 60123
3. SIT EXPEDITORS, INC.
   2704 GRANVILLE AVENUE
   MELROSE PARK IL 60164
4. CAPITAL TRANSPORT, INC.
   320 CARRIER BOULEVARD
   RICHLAND MS 39218
5. ALLSTATE/FIRE CASUALTY INSURANCE COMPANY
   P.O. BOX 2874
   CLINTON IA 52733
6. JOHN DOE
   TBD
   TBD PA 000000

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

*Filed and Attested by the
Office of Judicial Records
30 MAR 2022 03:05 pm
E. HAURIN*

Sabreen Mutan,

      Plaintiff

    v.

Leanid Rusinouski, et al.,

      Defendants.

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| **You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.** | **Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.** |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| **Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania  19107<br>(215) 238-6333<br>TTY (215) 451-6197** | **Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania  19107<br>(215) 238-6333<br>TTY (215) 451-6197** |

**10-284**

Case ID: 220200484

PETRILLO & GOLDBERG, P.C.
By: SCOTT D. SCHULMAN, ESQUIRE, I.D. #: 73642
JEFFREY M. THIEL, ESQUIRE, I.D. #: 94753
6951 North Park Drive
Pennsauken, NJ   08109                                    MAJOR JURY
(856) 486-4343
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| SABREEN MUTAN<br>11995 Dumont Road<br>Philadelphia, PA 19116<br><br>              Plaintiff<br>   v.<br><br>LEANID RUSINOUSKI<br>4352 S, Kirkman Road<br>Orlando, FL 32811<br>              And<br><br>IAROSLAV TRANSPORTATION, INC.<br>1685 Fleetwood Drive<br>Elgin, IL 60123<br>              And<br><br><br>SIT EXPEDITORS, INC.<br>2704 Granville Avenue<br>Melrose Park, IL 60164<br><br>              And<br><br>CAPIAL TRANSPORT, INC.<br>320 Carrier Boulevard<br>Richland, MS 39218<br><br>              And<br><br>ALLSTATE/FIRE   &   CASUALTY<br>INSURANCE COMPANY<br>Med Central Houston<br>P.O. Box 2874<br>Clinton, IA 52733<br><br>and<br><br>JOHN DOE<br>TBD<br>TBD<br><br>             Defendant(s) | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |

Case ID: 220200484

## CODE 2V
## CIVIL ACTION COMPLAINT
## COUNT I
## MOTOR VEHICLE ACCIDENT

1.  Plaintiff Sabreen Mutan is an adult individual who resides at the above address.

2.  Defendant Leanid Rusinouski is an adult individual who resides at the above address.

3.  Defendant Iaroslav Transportation, Inc. is a business entity with offices at the above address which regularly does business in Philadelphia County in the Commonwealth of Pennsylvania.

4.  Defendant SIT Expeditors, Inc. is a business entity with offices at the above address which regularly does business in Philadelphia County in the Commonwealth of Pennsylvania.

5.  Defendant Capital Transport, Inc. is a business entity with offices at the above address which regularly does business in Philadelphia County in the Commonwealth of Pennsylvania.

6.  Defendant Allstate/Fire and Casualty Insurnace Company is a business entity with offices at the above address which regularly does business in Philadelphia County in the Commonwealth of Pennsylvania.

7.  Defendants, John Doe, are various fictitious and currently unidentified individuals, estates, administrators/administratrix, professional associations, partnerships, institutions, corporations and/or companies, whose name and information are unknown to plaintiff despite reasonable search and the use of due diligence.   As this/these defendant(s) are identified, plaintiff shall seasonably amend this civil action.

8.  On or about April 8, 2020, plaintiff Sabreen Mutan was operating a motor vehicle that was stopped southbound on I-95 at or about milepost 27.1 in the City and County of Philadelphia in the Commonwealth of Pennsylvania.

9.    On said date defendant Leanid Rusinouski and/or John Doe operated a vehicle traveling southbound on I-95 at or about Milepost 27.1 in the City and County of Philadelphia in the Commonwealth of Pennsylvania.

10.   At or about such time and place the defendant Leanid Rusinouski and/or John Doe operated a motor vehicle in a negligent and careless manner causing said vehicle to rear end plaintiff's stopped and disabled vehicle.

11.   Such negligent and careless acts by defendant Leanid Rusinouski and/or John Doe caused the plaintiff, Sabreen Mutan, to suffer serious, permanent and severe personal injuries.

12.   The above described accident resulted from the negligence and carelessness of defendant Leanid Rusinouski and/or John Doe, and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff, Sabreen Mutan.

13.   The negligence and carelessness of defendant Leanid Rusinouski and/or John Doe consisted of:

    (a) Failure to observe and heed traffic controls and conditions present;

    (b) Failing to keep a proper lookout;

    (c) Following too closely and at an unsafe speed;

    (d)  Driving while distracted; and

    (e) Failing to operate the aforementioned vehicle in a safe and prudent manner in light of prevailing traffic controls and conditions present.

14.   As a proximate and direct result of the above-described accident, the plaintiff, Sabreen Mutan, suffered serious and severe personal injuries including, but not limited to: Acute, post-traumatic headaches with occipital neuralgia; acute, post-traumatic sprain and strain of the cervical spine region with myofascitis with acute, post-traumatic cervical radicular features with upper extremity EMG/NCV confirming right subacute C5 radiculopathy; acute, post-traumatic sprain and strain/contusion of the right shoulder with bursitis, tendinitis and impingement syndrome; acute, post-traumatic sprain and stain/contusion of the right humerus; acute, post-traumatic sprain an  strain

Case ID: 220200484

of the thoracic spine region with myofascitis with acute, post-traumatic right mid-thoracic radiculitis; acute, post-traumatic sprain and strain of the lumbar spine region with myofascitis with acute, post-traumatic lumbar radicular features and acute, post-traumatic sprain and strain/contusion of the sacroiliac joint/region all resulting in serious bodily injuries and serious impairment and personal limitation of use of a body function or system.

15.    As a result of the above-described accident, plaintiff, Sabreen Mutan, has been unable to attend to her daily chores, duties and activities, all to her great detriment and loss.

16.    As a further result of the above-described accident, the plaintiff has suffered severe pain, mental anguish, serious impairments of body functions, including but not limited to sitting, standing, bending, lifting, twisting, turning and other body movements and functions; and suffered, and may continue to suffer the same, for an indefinite time in the future.

17.    As a further result of the above-described accident, the plaintiff, Sabreen Mutan, has or may hereafter suffer a loss of earnings and/or impairment of earnings capacity and power, all to her great financial detriment and loss.

WHEREFORE, plaintiff Sabreen Mutan, demands judgment in her favor against the defendant Leanid Rusinouski and/or John Doe and avers that the sum in controversy exceeds an amount in excess of the jurisdictional amount requiring submission to arbitration.


## COUNT II

### RESPONDEAT SUPERIOR/ NEGLIGENT ENTRUSTMENT

1.    Each and every paragraph of the first count of this complaint are hereby repeated and incorporated herein as if more fully set at length.

Case ID: 220200484

2.    Defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe, at the time of the aforedescribed vehicular collision and at all times relevant hereto, were the principal or employer of the defendant, Leanid Rusinouski and/or John Doe.

3.    Defendant, Leanid Rusinouski and/or John Doe acted at all times relevant hereto, at the direction of, in furtherance of the goals of, at the request of or in the course of the employment of the defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe.

4.    Prior to, at the time of the aforedescribed vehicular collision and at all times relevant hereto, defendants, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital Transport, Inc. and/or John Doe, were negligent and/or careless in and of their own accord, in:

       (a) employment and/or engagement of the services or agency of defendant Leanid Rusinouski and/or John Doe; and

       (b) negligent entrustment of a motor vehicle to the defendant, Leanid Rusinouski and/or John Doe at all times relevant hereto.

5.    As a direct and proximate result of the aforegoing, the plaintiff, Sabreen Mutan, sustained the aforedescribed injuries and damages and she has been otherwise injured and/or damaged in a permanent and severe manner.

WHEREFORE, the plaintiff, Sabreen Mutan, demands judgment in her favor, against the defendants Leanid Rusinouski, Iaroslav Transportation, Inc., SIT Expeditors, Inc., Capital

Transport, Inc. and/or John Doe and avers that the sum in controversy is an amount in excess of the jurisdictional amount requiring submission to arbitration.

## COUNT III
## UNINSURED MOTORIST COVERAGE

1.  Plaintiff incorporates herein the allegations set forth in the aforementioned paragraphs, inclusive, as if set forth here at length.

2.  At all times material hereto the defendant Allstate Fire and Casualty Insurance Company insured the vehicle operated by the plaintiff vehicle under policy number 998462345. Said policy is in the possession of the defendant.

3.  Under the aforementioned policy the defendant Allstate Fire and Casualty Insurance Company is required to provide uninsured motorist coverage for the plaintiff in an amount up to the available policy limits of said policy.

4.  At all times material hereto, the defendant Leanid Rusinouski, avers that the cause of the subject vehicular collision was, or was contributed to by the presence and operation of an unidentified "Phantom" vehicle which said vehicle qualified as an uninsured vehicle pursuant to the Laws of the Commonwealth of Pennsylvania.

5.  In the event that the unidentified, "Phantom" vehicle averred by defendant Leanid Rusinouski is deemed to be the cause or a contributing cause of the subject vehicular collision and said unidentified, "Phantom" vehicle is deemed uninsured pursuant to the Laws of the Commonwealth of Pennsylvania, the plaintiff is eligible for uninsured motorist benefits under the aforementioned policy.

WHEREFORE, plaintiff demands judgment in plaintiff's favor and against defendant, Allstate Fire and Casualty Insurance Company, and avers that the sum in controversy is an amount in excess if the jurisdictional amount requiring submission to arbitration.

PETRILLO & GOLDBERG, P.C.

BY:  _/s/_____ Scott D. Schulman, Esquire_
SCOTT D. SCHULMAN, ESQUIRE

Dated:   February 3, 2022

## VERIFICATION

I, Scott D. Schulman, Esquire, hereby state that I am the attorney for plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief.   The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

_/s/_____ Scott D. Schulman, Esquire_
SCOTT D. SCHULMAN, ESQUIRE

Dated:   February 3, 2022

Case ID: 220200484

**VERIFICATION**

I, Sabreen Mutan, hereby state that I am the plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief.   The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.


_____
SABREEN MUTAN

Dated:

Case ID: 220200484

## VERIFICATION

I, Sabreen Mutan, hereby state that I am the plaintiff in this action and that the statements in the foregoing are true and correct to the best of my knowledge, information and belief. The undersigned understands that if any of the statements made herein are willfully false that I am subject to punishment pursuant to Pa. C.S.C. ' 4904.

*Sabreen Mutan*

SABREEN MUTAN

Dated: 2/3/2022