# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SABREEN MUTAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LEANID RUSINOUSKI, IAROSLAV** | : | |
| **TRANSPORTATION, INC., SIT** | : | |
| **EXPEDITORS, INC., CAPITAL** | : | |
| **TRANSPORT, INC., ALLSTATE /** | : | |
| **FIRE & CASUALTY INSURANCE** | : | |
| **COMPANY and JOHN DOE TBD TBD** | : | **NO. 22-1810** |

## ORDER

**NOW,** this 23rd day of May, 2022, upon consideration of the Notice of Removal by Defendants Leonid Rusinouski, Iaroslav Transportation, Inc., and SIT Expeditors, Inc. (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.